FILED
2019 Sep-23 PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the 23rd day of September, 2019, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at _____

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

☒ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

Bianca Martin / Mac McCraw - CEO - BHA
2903 Wall Triana Hwy, Bldg 1, Suite 200
Madison, AL 35758

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/23/19
Date

_Bailey_
Authorized or Specially Appointed Process Server

Costs of Service: Service fee:
Expenses: ∅ miles @ ∅ cents     $ 70.00
                          TOTAL $ 70.00