## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **CRP III PROPERTY OWNER, LLC,**[1] | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. 5:19-CV-00995-CLS ) |
| **BLACK HALL AEROSPACE, INC.,** | ) ) ) |
| Defendant. | ) |

### SCHEDULING ORDER

This Scheduling Order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

1. **Pleadings and Parties**: Plaintiff shall have until April 17, 2020, to join additional parties and amend the pleadings. Defendants shall have until May 17, 2020, to join additional parties and amend the pleadings.

2. **Discovery Cutoff**: All discovery must be commenced in time to be

---

[1] **NOTE WELL**: The original complaint filed in this landlord tenant action on June 25, 2019, was commenced on behalf of "BR Cummings Research Park Portfolio III, TIC-1, LLC, plaintiff" (BR Cummings). *See* doc. no. 1. *The very next day*, however, and prior to service of the original complaint, plaintiff's counsel filed a "First Amended Complaint" that omitted any reference to BR Cummings, and substituted "CRP III Property Owner, LLC," as plaintiff. *See* doc. no. 2. The summons, alias summons, and second alias summons issued to defendant Black Hall Aerospace, Inc., on June 26, 2019, September 10, 2019, and September 18, 2019, respectively, listed only "CRP III Property Owner, LLC," as the plaintiff. *See* doc. nos. 3, 4, and 5. Hence, the Clerk is directed to terminate any references to BR Cummings subsequent to June 26, 2019.

completed by September 18, 2020.

3. **Dispositive Motions**:  All potentially dispositive motions, including *Daubert* motions, must be filed by October 23, 2020.  **Movant must file any briefs and supporting evidence with the motion for summary judgment in order for the submission to be deemed timely.**  Thereafter, the court will issue an order establishing deadlines for submission of evidentiary materials and briefs in opposition to, and in reply.  *Nota bene*:  **All potentially dispositive motions *must* comply with all requirements of the Appendix attached to the "Initial Order Governing All Further Proceedings" that was entered in this action**.

4. **Expert Testimony**: Unless modified by court order for good cause shown, the disclosures of expert witnesses — including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert — are due:

From plaintiff by July 17, 2020.

From defendant by August 17, 2020.

5. **Final Lists**: Lists of trial witnesses and exhibits must be filed by December 1, 2020.  Any objections to such lists, including objections under Federal Rule of Civil Procedure 26(a)(3), must be filed within fourteen days thereafter.

6. **Trial**:  The parties shall be ready for trial by January 2021.

7. **Marking of Exhibits**. Each party that anticipates offering as substantive

evidence as many as six (6) exhibits shall premark exhibits in advance of trial, using exhibit labels and lists available from the Clerk of Court. By the time of trial, a copy of the exhibit list shall be served and filed, with exhibits being made available for inspection by opposing counsel. Presentation of evidence at trial will not ordinarily be interrupted for opposing counsel to examine a document that has been so marked and made available for inspection.

    **DONE** and **ORDERED** this 16th day of January, 2020.

                                                  _____
                                                  United States District Judge


evidence as many as six (6) exhibits shall premark exhibits in advance of trial, using exhibit labels and lists available from the Clerk of Court. By the time of trial, a copy of the exhibit list shall be served and filed, with exhibits being made available for inspection by opposing counsel. Presentation of evidence at trial will not ordinarily be interrupted for opposing counsel to examine a document that has been so marked and made available for inspection.

Except as expressly modified by the above, the stipulations, limitations, deadlines and other agreements set forth in the report of the parties shall apply in this case.

**DONE** and **ORDERED** this 16th day of January, 2020.

_____
United States District Judge